IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LINDA HILL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:06CV00962 SWW |
| | * | |
| ARKANSAS DEPARTMENT OF EDUCATION, ET AL., | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, the Court hereby dismisses plaintiff's complaint. The relief sought is denied.

DATED this 3rd day of July 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE